ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

MAY   9 2006

CLERK, U.S. DISTRICT COURT

By _____
                Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § |
| | § |
| JOSE R. FLORES, JR. | § |
| | § |
| Respondent. | § |

NO. 3-99-CR-0189-H
NO. 3-06-CV-0645-H

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this ___9___ day of May, 2006.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS